UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NICOLE RICHARDS,

                        Plaintiff,                    **ORDER**

-against-                           22 Civ. 9095 (CS)(JCM)

THOMAS C. KALLISH, *et al.*,

                        Defendants.
-----------------------------------------------------------X

      The Court has reviewed Plaintiff's March 17, 2023 letter request for discovery, (Docket No. 50), and Defendants' March 22, 2023 response, (Docket No. 53), and denies Plaintiff's request without prejudice. It is clear that the parties have not engaged in a meaningful meet and confer as required by Rule 26(c) of the Federal Rules of Civil Procedure. Therefore, after the privilege log is served on April 13, 2023, the parties are directed to further discuss the issues raised in the aforementioned letters. If any disputes remain following the meet and confer, the parties may write to the Court pursuant to the Court's Discovery Order, (Docket No. 54).

      Furthermore, the Discovery Dispute Conference scheduled for April 5, 2023 is canceled. The Court will hold a Status Conference on May 1, 2023 at 10:30 a.m. in Courtroom 421.

Dated:   March 24, 2023
             White Plains, New York

                                                     **SO ORDERED:**

                                                       JUDITH C. McCARTHY
                                                     United States Magistrate Judge