EXHIBIT B

New Privilege Identifier (as of 7/5/2023)
Daklea Karadaku –
PRIV-0002760
PRIV-0002836
PRIV-0002854
PRIV-0002855
PRIV-0002858
PRIV-0002863
PRIV-0002867
PRIV-0002868
PRIV-0002869
PRIV-0002852
PRIV-0002855
PRIV-0002856
PRIV-0002857
PRIV-0002864
PRIV-0002866
PRIV-0002868
PRIV-0002837
PRIV-0002838
PRIV-0002839
PRIV-0002845
PRIV-0002848
PRIV-0002849
PRIV-0002850
PRIV-0002851
PRIV-0002859
PRIV-0002860

Kathy Weaver –
PRIV-0000220
PRIV-0000259
PRIV-0000269
PRIV-0000270
PRIV-0000285
PRIV-0000317
PRIV-0000318
PRIV-0000321
PRIV-0000323
PRIV-0000366
PRIV-0000367
PRIV-0000373
PRIV-0000442
PRIV-0000504
PRIV-0000527

PRIV-0000562
PRIV-0000566
PRIV-0000743
PRIV-0001125
PRIV-0001127
PRIV-0001130
PRIV-0001135
PRIV-0001138
PRIV-0001139
PRIV-0001777
PRIV-0001818
PRIV-0001820
PRIV-0001826
PRIV-0001827
PRIV-0001960
PRIV-0001970
PRIV-0002241
PRIV-0002242
PRIV-0002247
PRIV-0002255
PRIV-0002289
PRIV-0002295
PRIV-0002304
PRIV-0002310
PRIV-0002785
PRIV-0002786

## Scarlett Rugova

PRIV-0002201
KALL0001303
PRIV-0000896
PRIV-0000921
PRIV-0000922
PRIV-0001593
PRIV-0001930
PRIV-0002339
KALL0001394
KALL0001418
PRIV-0000903
PRIV-0000912
PRIV-0000913
PRIV-0000918
KALL0001394
KALL0001418
PRIV-0000903
PRIV-0000912
PRIV-0000913
PRIV-0000918

Michael Mitchell
PRIV-0002393

Kit Coffield
PRIV-0001068
PRIV-0001114
PRIV-0001744
PRIV-0001066
PRIV-0001111
PRIV-0001113
PRIV-0001116
PRIV-0001152
PRIV-0001202
PRIV-0001548
PRIV-0001682
PRIV-0001688
PRIV-0001694
PRIV-0001745
PRIV-0002878
PRIV-0001672
PRIV-0001684
PRIV-0001697
PRIV-0001698
PRIV-0001699
PRIV-0001701
PRIV-0001706
PRIV-0001707
PRIV-0001714
PRIV-0001737
PRIV-0001742
PRIV-0001743

Dewey McCarley
PRIV-0000666
PRIV-0000874
PRIV-0000181
PRIV-0000183
PRIV-0000184
PRIV-0000185
PRIV-0000664
PRIV-0000665
PRIV-0000667
PRIV-0000669
PRIV-0000670
PRIV-0000671
PRIV-0000672
PRIV-0000673
PRIV-0000680

PRIV-0000692
PRIV-0000867
PRIV-0000896
PRIV-0001135
PRIV-0001137
PRIV-0001351
PRIV-0001622
PRIV-0001630
PRIV-0001825
PRIV-0001839
PRIV-0002197
PRIV-0002384
PRIV-0002385
PRIV-0002667
PRIV-0002675
PRIV-0002677
PRIV-0002684
PRIV-0002688
PRIV-0002691
PRIV-0002448
PRIV-0002450
PRIV-0002453
PRIV-0002457
PRIV-0002459
PRIV-0002460
PRIV-0002461
PRIV-0002463
PRIV-0002464
PRIV-0002631
PRIV-0002679
PRIV-0002680
PRIV-0002683
PRIV-0002687
PRIV-0002690
PRIV-0002693
PRIV-0002695
PRIV-0002696
PRIV-0002697
PRIV-0002722
PRIV-0002730
PRIV-0002809
PRIV-0002810
PRIV-0002811

Peter Hunsinger
PRIV-0001135
PRIV-0001299

Michelle Flaherty
PRIV-0002492
PRIV-0002634
PRIV-0002650
PRIV-0002664
PRIV-0002723
PRIV-0002739
PRIV-0002742
PRIV-0002746
PRIV-0002757
PRIV-0002761
PRIV-0002767
PRIV-0002776
PRIV-0002781
PRIV-0002748
PRIV-0002749
PRIV-0002753
PRIV-0002754
PRIV-0002760
PRIV-0002763
PRIV-0002764
PRIV-0002765
PRIV-0002769
PRIV-0002770
PRIV-0002772
PRIV-0002775
PRIV-0002778
PRIV-0002779


Giancarlo Conte
PRIV-0002723
PRIV-0002729
PRIV-0002750
PRIV-0002760
PRIV-0002728
PRIV-0002730
PRIV-0002741
PRIV-0002744
PRIV-0002748
PRIV-0002753
PRIV-0002763

Nicole Richards
KALL0000827
PRIV-0000020
PRIV-0000028
PRIV-0000048
PRIV-0000049
PRIV-0000052
PRIV-0000056
PRIV-0000057
PRIV-0000064
PRIV-0000065
PRIV-0000068
PRIV-0000070
PRIV-0000073
PRIV-0000076
PRIV-0000081
PRIV-0000084
PRIV-0000085
PRIV-0000088
PRIV-0000094
PRIV-0000105
PRIV-0000111
PRIV-0000115
PRIV-0000116
PRIV-0000119
PRIV-0000123
PRIV-0000135
PRIV-0000144
PRIV-0000154
PRIV-0000157
PRIV-0000158
PRIV-0000170
PRIV-0000172
PRIV-0000173
PRIV-0000181
PRIV-0000183
PRIV-0000184
PRIV-0000185
PRIV-0000199
PRIV-0000208
PRIV-0000226
PRIV-0000227
PRIV-0000230
PRIV-0000232
PRIV-0000257
PRIV-0000267
PRIV-0000268

PRIV-0000282
PRIV-0000284
PRIV-0000288
PRIV-0000289
PRIV-0000292
PRIV-0000335
PRIV-0000345
PRIV-0000346
PRIV-0000347
PRIV-0000382
PRIV-0000386
PRIV-0000417
PRIV-0000433
PRIV-0000438
PRIV-0000440
PRIV-0000441
PRIV-0000445
PRIV-0000447
PRIV-0000485
PRIV-0000498
PRIV-0000499
PRIV-0000503
PRIV-0000508
PRIV-0000525
PRIV-0000526
PRIV-0000530
PRIV-0000536
PRIV-0000539
PRIV-0000544
PRIV-0000547
PRIV-0000549
PRIV-0000560
PRIV-0000565
PRIV-0000569
PRIV-0000572
PRIV-0000585
PRIV-0000589
PRIV-0000591
PRIV-0000594
PRIV-0000595
PRIV-0000596
PRIV-0000604
PRIV-0000624
PRIV-0000627
PRIV-0000664
PRIV-0000672
PRIV-0000677
PRIV-0000692

PRIV-0000700
PRIV-0000720
PRIV-0000732
PRIV-0000734
PRIV-0000736
PRIV-0000737
PRIV-0000745
PRIV-0000753
PRIV-0000755
PRIV-0000764
PRIV-0000771
PRIV-0000774
PRIV-0000776
PRIV-0000790
PRIV-0000800
PRIV-0000832
PRIV-0000837
PRIV-0000839
PRIV-0000845
PRIV-0000848
PRIV-0000849
PRIV-0000850
PRIV-0000852
PRIV-0000853
PRIV-0000858
PRIV-0000864
PRIV-0000865
PRIV-0000866
PRIV-0000869
PRIV-0000875
PRIV-0000879
PRIV-0000880
PRIV-0000881
PRIV-0000882
PRIV-0000883
PRIV-0000888
PRIV-0000898
PRIV-0000899
PRIV-0000901
PRIV-0000908
PRIV-0000942
PRIV-0000946
PRIV-0000948
PRIV-0000974
PRIV-0001132
PRIV-0001137
PRIV-0001767
PRIV-0001768

PRIV-0001769
PRIV-0001770
PRIV-0001771
PRIV-0001774
PRIV-0001822
PRIV-0001825
PRIV-0001828
PRIV-0001829
PRIV-0001830
PRIV-0001831
PRIV-0001832
PRIV-0001834
PRIV-0001836
PRIV-0001837
PRIV-0001839
PRIV-0001842
PRIV-0001846
PRIV-0001850
PRIV-0001852
PRIV-0001853
PRIV-0001855
PRIV-0001856
PRIV-0001857
PRIV-0001860
PRIV-0001861
PRIV-0001863
PRIV-0001866
PRIV-0001869
PRIV-0001870
PRIV-0001871
PRIV-0001877
PRIV-0001880
PRIV-0001881
PRIV-0001883
PRIV-0001887
PRIV-0001894
PRIV-0001897
PRIV-0001900
PRIV-0001917
PRIV-0001935
PRIV-0001937
PRIV-0001952
PRIV-0001953
PRIV-0001962
PRIV-0001963
PRIV-0001964
PRIV-0001965
PRIV-0001967

PRIV-0001968
PRIV-0002029
PRIV-0002125
PRIV-0002205
PRIV-0002206
PRIV-0002405
PRIV-0002407
PRIV-0002413
PRIV-0002418
PRIV-0002444
PRIV-0002450
PRIV-0002451
PRIV-0002459
PRIV-0002464
PRIV-0002478
PRIV-0002486
PRIV-0002493
PRIV-0002495
PRIV-0002533
PRIV-0002536
PRIV-0002539
PRIV-0002574
PRIV-0002615
PRIV-0002618
PRIV-0002629
PRIV-0002631
PRIV-0002638
PRIV-0002640
PRIV-0002642
PRIV-0002644
PRIV-0002646
PRIV-0002652
PRIV-0002662
PRIV-0002680
PRIV-0002687
PRIV-0002691
PRIV-0002695
PRIV-0002697
PRIV-0002699
PRIV-0002702
PRIV-0002704
PRIV-0002718
PRIV-0002723
PRIV-0002727
PRIV-0002729
PRIV-0002730
PRIV-0002753
PRIV-0002754

PRIV-0002763
PRIV-0002764
PRIV-0002770
PRIV-0002775
PRIV-0002779
PRIV-0002833
PRIV-0002837
PRIV-0002839
PRIV-0002849
PRIV-0002852
PRIV-0002856
PRIV-0002859
PRIV-0002862
PRIV-0002866
KALL0001165
PRIV-0000029
PRIV-0000036
PRIV-0000040
PRIV-0000047
PRIV-0000050
PRIV-0000053
PRIV-0000058
PRIV-0000059
PRIV-0000061
PRIV-0000062
PRIV-0000063
PRIV-0000066
PRIV-0000067
PRIV-0000069
PRIV-0000071
PRIV-0000074
PRIV-0000075
PRIV-0000077
PRIV-0000079
PRIV-0000082
PRIV-0000089
PRIV-0000095
PRIV-0000098
PRIV-0000099
PRIV-0000101
PRIV-0000104
PRIV-0000106
PRIV-0000113
PRIV-0000122
PRIV-0000124
PRIV-0000133
PRIV-0000136
PRIV-0000140

PRIV-0000142
PRIV-0000143
PRIV-0000145
PRIV-0000147
PRIV-0000149
PRIV-0000150
PRIV-0000152
PRIV-0000159
PRIV-0000160
PRIV-0000166
PRIV-0000171
PRIV-0000174
PRIV-0000175
PRIV-0000177
PRIV-0000180
PRIV-0000186
PRIV-0000187
PRIV-0000197
PRIV-0000200
PRIV-0000204
PRIV-0000225
PRIV-0000228
PRIV-0000231
PRIV-0000243
PRIV-0000258
PRIV-0000259
PRIV-0000266
PRIV-0000269
PRIV-0000270
PRIV-0000271
PRIV-0000283
PRIV-0000285
PRIV-0000341
PRIV-0000342
PRIV-0000343
PRIV-0000349
PRIV-0000350
PRIV-0000373
PRIV-0000381
PRIV-0000385
PRIV-0000393
PRIV-0000437
PRIV-0000439
PRIV-0000442
PRIV-0000443
PRIV-0000444
PRIV-0000446
PRIV-0000449

PRIV-0000450
PRIV-0000451
PRIV-0000476
PRIV-0000486
PRIV-0000501
PRIV-0000502
PRIV-0000507
PRIV-0000510
PRIV-0000513
PRIV-0000514
PRIV-0000524
PRIV-0000528
PRIV-0000532
PRIV-0000533
PRIV-0000537
PRIV-0000541
PRIV-0000542
PRIV-0000543
PRIV-0000545
PRIV-0000546
PRIV-0000548
PRIV-0000551
PRIV-0000558
PRIV-0000561
PRIV-0000562
PRIV-0000564
PRIV-0000575
PRIV-0000584
PRIV-0000586
PRIV-0000606
PRIV-0000619
PRIV-0000625
PRIV-0000626
PRIV-0000665
PRIV-0000666
PRIV-0000667
PRIV-0000669
PRIV-0000670
PRIV-0000671
PRIV-0000673
PRIV-0000680
PRIV-0000682
PRIV-0000713
PRIV-0000716
PRIV-0000718
PRIV-0000735
PRIV-0000738
PRIV-0000740

PRIV-0000741
PRIV-0000742
PRIV-0000746
PRIV-0000747
PRIV-0000748
PRIV-0000749
PRIV-0000750
PRIV-0000752
PRIV-0000756
PRIV-0000758
PRIV-0000759
PRIV-0000761
PRIV-0000763
PRIV-0000765
PRIV-0000766
PRIV-0000767
PRIV-0000768
PRIV-0000770
PRIV-0000772
PRIV-0000778
PRIV-0000780
PRIV-0000781
PRIV-0000782
PRIV-0000792
PRIV-0000794
PRIV-0000795
PRIV-0000797
PRIV-0000798
PRIV-0000833
PRIV-0000838
PRIV-0000841
PRIV-0000843
PRIV-0000844
PRIV-0000851
PRIV-0000857
PRIV-0000867
PRIV-0000872
PRIV-0000873
PRIV-0000876
PRIV-0000895
PRIV-0000896
PRIV-0000900
PRIV-0000902
PRIV-0000909
PRIV-0000914
PRIV-0001117
PRIV-0001118
PRIV-0001119

PRIV-0001120
PRIV-0001121
PRIV-0001122
PRIV-0001123
PRIV-0001124
PRIV-0001125
PRIV-0001126
PRIV-0001127
PRIV-0001128
PRIV-0001130
PRIV-0001131
PRIV-0001132
PRIV-0001133
PRIV-0001135
PRIV-0001136
PRIV-0001137
PRIV-0001138
PRIV-0001140
PRIV-0001141
PRIV-0001144
PRIV-0001150
PRIV-0001151
PRIV-0001176
PRIV-0001177
PRIV-0001197
PRIV-0001198
PRIV-0001199
PRIV-0001200
PRIV-0001201
PRIV-0001204
PRIV-0001205
PRIV-0001206
PRIV-0001210
PRIV-0001219
PRIV-0001232
PRIV-0001233
PRIV-0001244
PRIV-0001247
PRIV-0001251
PRIV-0001252
PRIV-0001253
PRIV-0001255
PRIV-0001256
PRIV-0001257
PRIV-0001258
PRIV-0001259
PRIV-0001260
PRIV-0001262

PRIV-0001263
PRIV-0001264
PRIV-0001266
PRIV-0001267
PRIV-0001268
PRIV-0001269
PRIV-0001277
PRIV-0001283
PRIV-0001295
PRIV-0001316
PRIV-0001317
PRIV-0001326
PRIV-0001328
PRIV-0001330
PRIV-0001332
PRIV-0001333
PRIV-0001334
PRIV-0001335
PRIV-0001336
PRIV-0001338
PRIV-0001344
PRIV-0001346
PRIV-0001347
PRIV-0001351
PRIV-0001352
PRIV-0001354
PRIV-0001355
PRIV-0001356
PRIV-0001381
PRIV-0001382
PRIV-0001384
PRIV-0001386
PRIV-0001396
PRIV-0001398
PRIV-0001399
PRIV-0001405
PRIV-0001410
PRIV-0001413
PRIV-0001414
PRIV-0001425
PRIV-0001445
PRIV-0001446
PRIV-0001449
PRIV-0001450
PRIV-0001451
PRIV-0001463
PRIV-0001464
PRIV-0001470

PRIV-0001471
PRIV-0001474
PRIV-0001475
PRIV-0001476
PRIV-0001478
PRIV-0001481
PRIV-0001482
PRIV-0001483
PRIV-0001484
PRIV-0001505
PRIV-0001507
PRIV-0001537
PRIV-0001539
PRIV-0001541
PRIV-0001551
PRIV-0001555
PRIV-0001576
PRIV-0001577
PRIV-0001579
PRIV-0001585
PRIV-0001586
PRIV-0001587
PRIV-0001589
PRIV-0001590
PRIV-0001591
PRIV-0001592
PRIV-0001593
PRIV-0001594
PRIV-0001595
PRIV-0001612
PRIV-0001626
PRIV-0001727
PRIV-0001731
PRIV-0001753
PRIV-0001754
PRIV-0001755
PRIV-0001756
PRIV-0001765
PRIV-0001810
PRIV-0001811
PRIV-0001812
PRIV-0001813
PRIV-0001814
PRIV-0001815
PRIV-0001816
PRIV-0001817
PRIV-0001818
PRIV-0001819

PRIV-0001820
PRIV-0001822
PRIV-0001823
PRIV-0001824
PRIV-0001825
PRIV-0001826
PRIV-0001833
PRIV-0001835
PRIV-0001840
PRIV-0001841
PRIV-0001843
PRIV-0001844
PRIV-0001847
PRIV-0001848
PRIV-0001851
PRIV-0001859
PRIV-0001862
PRIV-0001865
PRIV-0001868
PRIV-0001873
PRIV-0001876
PRIV-0001878
PRIV-0001884
PRIV-0001885
PRIV-0001886
PRIV-0001902
PRIV-0001956
PRIV-0001957
PRIV-0001958
PRIV-0002035
PRIV-0002039
PRIV-0002120
PRIV-0002123
PRIV-0002146
PRIV-0002152
PRIV-0002237
PRIV-0002238
PRIV-0002248
PRIV-0002281
PRIV-0002291
PRIV-0002293
PRIV-0002296
PRIV-0002298
PRIV-0002299
PRIV-0002349
PRIV-0002384
PRIV-0002385
PRIV-0002396

PRIV-0002403
PRIV-0002408
PRIV-0002415
PRIV-0002416
PRIV-0002445
PRIV-0002448
PRIV-0002454
PRIV-0002456
PRIV-0002458
PRIV-0002461
PRIV-0002463
PRIV-0002474
PRIV-0002475
PRIV-0002477
PRIV-0002487
PRIV-0002492
PRIV-0002535
PRIV-0002538
PRIV-0002613
PRIV-0002614
PRIV-0002616
PRIV-0002632
PRIV-0002634
PRIV-0002636
PRIV-0002639
PRIV-0002641
PRIV-0002643
PRIV-0002645
PRIV-0002650
PRIV-0002651
PRIV-0002663
PRIV-0002664
PRIV-0002667
PRIV-0002675
PRIV-0002677
PRIV-0002679
PRIV-0002684
PRIV-0002688
PRIV-0002690
PRIV-0002696
PRIV-0002698
PRIV-0002700
PRIV-0002701
PRIV-0002703
PRIV-0002711
PRIV-0002716
PRIV-0002721
PRIV-0002722

PRIV-0002728
PRIV-0002739
PRIV-0002741
PRIV-0002742
PRIV-0002744
PRIV-0002746
PRIV-0002748
PRIV-0002749
PRIV-0002757
PRIV-0002761
PRIV-0002765
PRIV-0002767
PRIV-0002769
PRIV-0002772
PRIV-0002776
PRIV-0002778
PRIV-0002781
PRIV-0002794
PRIV-0002795
PRIV-0002796
PRIV-0002800
PRIV-0002838
PRIV-0002850
PRIV-0002851
PRIV-0002854
PRIV-0002855
PRIV-0002857
PRIV-0002858
PRIV-0002860
PRIV-0002861
PRIV-0002867
PRIV-0002868
KALL0000851
KALL0000874
KALL0000878
KALL0000935
KALL0000955
KALL0000976
KALL0000982
KALL0001041
KALL0001050
KALL0001074
KALL0001082
KALL0001105
KALL0001153
KALL0001345
KALL0001467
PRIV-0000012

PRIV-0000015
PRIV-0000023
PRIV-0000027
PRIV-0000030
PRIV-0000031
PRIV-0000034
PRIV-0000035
PRIV-0000037
PRIV-0000038
PRIV-0000039
PRIV-0000041
PRIV-0000051
PRIV-0000086
PRIV-0000090
PRIV-0000091
PRIV-0000092
PRIV-0000093
PRIV-0000097
PRIV-0000100
PRIV-0000109
PRIV-0000117
PRIV-0000118
PRIV-0000120
PRIV-0000125
PRIV-0000155
PRIV-0000178
PRIV-0000189
PRIV-0000192
PRIV-0000201
PRIV-0000202
PRIV-0000206
PRIV-0000209
PRIV-0000213
PRIV-0000216
PRIV-0000217
PRIV-0000218
PRIV-0000219
PRIV-0000233
PRIV-0000260
PRIV-0000287
PRIV-0000309
PRIV-0000314
PRIV-0000324
PRIV-0000334
PRIV-0000336
PRIV-0000337
PRIV-0000338
PRIV-0000339

PRIV-0000344
PRIV-0000351
PRIV-0000361
PRIV-0000365
PRIV-0000366
PRIV-0000367
PRIV-0000374
PRIV-0000380
PRIV-0000394
PRIV-0000416
PRIV-0000426
PRIV-0000432
PRIV-0000434
PRIV-0000452
PRIV-0000453
PRIV-0000457
PRIV-0000527
PRIV-0000531
PRIV-0000534
PRIV-0000535
PRIV-0000538
PRIV-0000550
PRIV-0000552
PRIV-0000553
PRIV-0000554
PRIV-0000555
PRIV-0000556
PRIV-0000557
PRIV-0000559
PRIV-0000563
PRIV-0000566
PRIV-0000592
PRIV-0000599
PRIV-0000600
PRIV-0000601
PRIV-0000602
PRIV-0000622
PRIV-0000623
PRIV-0000668
PRIV-0000674
PRIV-0000678
PRIV-0000681
PRIV-0000684
PRIV-0000686
PRIV-0000697
PRIV-0000698
PRIV-0000699
PRIV-0000701

PRIV-0000702
PRIV-0000703
PRIV-0000704
PRIV-0000714
PRIV-0000717
PRIV-0000722
PRIV-0000723
PRIV-0000743
PRIV-0000769
PRIV-0000789
PRIV-0000791
PRIV-0000793
PRIV-0000854
PRIV-0000859
PRIV-0000860
PRIV-0000884
PRIV-0000968
PRIV-0000973
PRIV-0000977
PRIV-0001164
PRIV-0001165
PRIV-0001166
PRIV-0001173
PRIV-0001178
PRIV-0001193
PRIV-0001196
PRIV-0001211
PRIV-0001213
PRIV-0001215
PRIV-0001222
PRIV-0001223
PRIV-0001225
PRIV-0001226
PRIV-0001229
PRIV-0001231
PRIV-0001236
PRIV-0001237
PRIV-0001243
PRIV-0001245
PRIV-0001248
PRIV-0001261
PRIV-0001265
PRIV-0001270
PRIV-0001271
PRIV-0001272
PRIV-0001273
PRIV-0001274
PRIV-0001275

PRIV-0001285
PRIV-0001287
PRIV-0001289
PRIV-0001296
PRIV-0001304
PRIV-0001309
PRIV-0001310
PRIV-0001318
PRIV-0001359
PRIV-0001363
PRIV-0001365
PRIV-0001367
PRIV-0001387
PRIV-0001393
PRIV-0001394
PRIV-0001400
PRIV-0001402
PRIV-0001403
PRIV-0001407
PRIV-0001409
PRIV-0001453
PRIV-0001456
PRIV-0001459
PRIV-0001461
PRIV-0001465
PRIV-0001467
PRIV-0001468
PRIV-0001472
PRIV-0001477
PRIV-0001479
PRIV-0001485
PRIV-0001487
PRIV-0001508
PRIV-0001509
PRIV-0001511
PRIV-0001513
PRIV-0001516
PRIV-0001518
PRIV-0001546
PRIV-0001552
PRIV-0001588
PRIV-0001594
PRIV-0001596
PRIV-0001621
PRIV-0001622
PRIV-0001630
PRIV-0001687
PRIV-0001742

PRIV-0001743
PRIV-0001744
PRIV-0001745
PRIV-0001775
PRIV-0001889
PRIV-0001915
PRIV-0001916
PRIV-0001922
PRIV-0001923
PRIV-0001938
PRIV-0001959
PRIV-0002037
PRIV-0002041
PRIV-0002043
PRIV-0002045
PRIV-0002118
PRIV-0002124
PRIV-0002142
PRIV-0002144
PRIV-0002148
PRIV-0002151
PRIV-0002153
PRIV-0002154
PRIV-0002156
PRIV-0002158
PRIV-0002160
PRIV-0002162
PRIV-0002165
PRIV-0002167
PRIV-0002169
PRIV-0002175
PRIV-0002182
PRIV-0002184
PRIV-0002186
PRIV-0002188
PRIV-0002197
PRIV-0002200
PRIV-0002353
PRIV-0002397
PRIV-0002399
PRIV-0002401
PRIV-0002414
PRIV-0002453
PRIV-0002457
PRIV-0002460
PRIV-0002491
PRIV-0002612
PRIV-0002633

PRIV-0002637
PRIV-0002683
PRIV-0002693
PRIV-0002705
PRIV-0002706
PRIV-0002710
PRIV-0002717
PRIV-0002719
PRIV-0002720
PRIV-0002760
PRIV-0002809
PRIV-0002810
PRIV-0002811
PRIV-0002825
PRIV-0002835
PRIV-0002836
PRIV-0002845
PRIV-0002848