UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Nicole Richards,

                                    Plaintiff,

                    -against-

Thomas C. Kallish, et al.,

                                    Defendants.

----------------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 8/10/2023 _
```

22-cv-9095 (CS) (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      Defendants move for a partial stay of discovery pending the Court's ruling on Defendants' Motion to Dismiss Counts Two through Five of Plaintiff's Amended Complaint. (ECF Nos. 58, 61, 68, 78). Upon due consideration, it is hereby **ORDERED** that Defendants' motion is **DENIED** for the reasons articulated during the Court's August 10, 2023, telephonic Status Conference with the parties.

      Defendants are directed to produce the documents that they have withheld from Plaintiff pending resolution of Defendants' stay motion. As for Plaintiff's Document Demand #8 (list of stockholders, capitalization tables, stock ledgers), Defendants shall not redact the names of the parties or the names of the patent attorneys. However, Defendants may redact the names of other investors without prejudice to Plaintiff providing the Court with an explanation as to the need for these documents in unredacted form.

The Clerk of Court is directed to terminate the pending letter motions at ECF Nos. 58, 61, 68.

**SO ORDERED.**

DATED:      White Plains, New York
            August 10, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge