UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Richards.,

                          Plaintiffs,          **ORDER RE STATUS CONFERENCE**

      -against-                             7:22-cv-9095-CS

Kallish, et al.,

                          Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled **April 9, 2024 at 12 PM**. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

      SO ORDERED.

DATED:      White Plains, New York
                  March 11, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2024