UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Richards,

                        Plaintiffs,

      -against-

Kallish, et al.,

                        Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:22-cv-09095-CS-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Telephone Conference is hereby scheduled for **July 10, 2024 at 11:00 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

**SO ORDERED.**

DATED:    White Plains, New York
               June 25, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge