UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NICOLE RICHARDS,

|  |  |
|---|---|
| Plaintiff, | **ORDER ON MOTION FOR SUMMARY JUDGMENT** |
| - against - | No. 22-CV-9095 (CS) |
| THOMAS C. KALLISH, *et al.*, | |
| Defendants. | |

------------------------------------------------------------x

Seibel, J.

For the reasons set forth on the record at the March 18, 2026 conference, the Defendants'

Motion to Amend Answer, (ECF No. 217), is GRANTED, and their Motion for Summary

Judgment, (ECF No. 208), is DENIED.

**SO ORDERED.**

Dated:  March 20, 2026
        White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.