# EXHIBIT 1

| | |
|---|---|
| **From:** | Butchko, Jessica K.[jbutchko@ssjr.com] |
| **Sent:** | Fri 12/30/2016 9:29:44 PM (UTC) |
| **To:** | Tom Kallish[tom@everyonesearth.com] |
| **Cc:** | Christopher Leyes[christopher@everyonesearth.com]; Nicole Richards[nicoler4079@gmail.com]; Scarlett Rugova[scarlett@everyonesearth.com]; Corea, Andy I.[acorea@ssjr.com]; Bryce, Asha N.[abryce@ssjr.com] |
| **Subject:** | SSJR 07067-P0001B - AIC - Recorded Patents Assignment to Thomas C. Kallish |
| **Attachment:** | 07067-P0001B Letter.pdf |
| **Attachment:** | 17Q6466-Recorded Assignment to Thomas.PDF |