# EXHIBIT 2

## Joseph Martini

| | |
|---|---|
| **From:** | Allison Schofield |
| **Sent:** | Thursday, June 15, 2023 8:59 AM |
| **To:** | claudia@claudiapollaklaw.com |
| **Cc:** | Leslie Cahill; Joseph Martini |
| **Subject:** | Richards v. Kallish, et al. (7:22cv9095-CS) |

Good morning,

Please see the attached production in connection with the above-referenced matter.

Best regards,
Allison

---

### Citrix Attachments                          Expires December 12, 2023

KALL_003.pdf                                                    37 MB

**Download Attachments**

Allison Schofield uses Citrix Files to share documents securely. Learn more.

---

Allison A. Schofield
Spears Manning & Martini, LLC
2425 Post Road, Suite 203
Southport, CT 06890
Main: 203-292-9766  Fax: 203-292-9682
Email: aschofield@spearsmanning.com
Website: www.spearsmanning.com

**SPEARS
MANNING
MARTINI**

This message, including any of its attachments, is intended only for use of the designated recipient(s) and may contain information that is confidential or privileged.  Any dissemination or use of the message or its attachments by persons other than the intended recipient(s) or their designee is strictly prohibited.  If you are not the intended recipient(s) of this message please notify the sender by reply mail or Spears Manning & Martini LLC at (203)-292-9766 and immediately delete all copies of the message and any attachments.

504072261 10/28/2016

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4118928

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| THOMAS C. KALLISH | 10/27/2016 |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | EVERYONE'S EARTH INC. |
| Street Address: | 29 SUNSET DRIVE |
| City: | BEDFORD HILLS |
| State/Country: | NEW YORK |
| Postal Code: | 10507 |

## PROPERTY NUMBERS Total: 4

| Property Type | Number |
|---|---|
| Application Number: | 62195498 |
| PCT Number: | US2016043368 |
| Application Number: | 15211819 |
| Application Number: | 62295678 |

## CORRESPONDENCE DATA

**Fax Number:** (203)327-1096

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 203-324-6155
**Email:** jbutchko@ssjr.com
**Correspondent Name:** ANDY I. COREA
**Address Line 1:** 986 BEDFORD STREET
**Address Line 2:** ST ONGE STEWARD JOHNSTON & REENS LLC
**Address Line 4:** STAMFORD, CONNECTICUT 06905

| ATTORNEY DOCKET NUMBER: | 07067-G0000 |
|---|---|
| NAME OF SUBMITTER: | ANDY I. COREA |
| SIGNATURE: | /AIC/ |
| DATE SIGNED: | 10/28/2016 |

**Total Attachments: 3**
source=Thomas C Kallish Assignment to Everyones Earth#page1.tif
source=Thomas C Kallish Assignment to Everyones Earth#page2.tif

Confidential

KALL0001477

SSJR 07067-G0000 AIC

### *Assignment*

WHEREAS, I, Thomas C. Kallish, have made certain inventions or discoveries (or both) as set forth in the Patents and Applications listed in the attached Exhibit A;

WHEREAS, **Everyone's Earth Inc.,** a Delaware corporation, having a business address at 29 Sunset Drive, Bedford Hills, NY 10507; and, together with its successors and assigns is hereinafter called "Assignee", and is desirous of acquiring the title, rights, benefits and privileges hereinafter recited;

NOW THEREFORE, for valuable consideration furnished by Assignee to me, receipt and sufficiency of which we hereby acknowledge, we hereby, without reservation:

1. Assign, transfer and convey to Assignee the entire right, title and interest in and to said inventions and discoveries, the Patents and Applications listed in Exhibit A, any and all other applications for Letters Patent on said inventions and discoveries, including all divisional, renewal, substitute, continuation and convention applications based in whole or in part upon said inventions or discoveries, or upon said applications, and any and all Letters Patent, reissues and extensions of Letters Patent granted for said inventions and discoveries or upon said applications, and every priority right that is or may be predicated upon or arise from said inventions, said discoveries, said applications and said Letters Patent, and the right to sue and collect damages for past infringement thereof;

2. Authorize Assignee to file patent applications in the United States or any other country on any or all of said inventions and discoveries in my name or in the name of Assignee or otherwise as Assignee may deem advisable, including under any International Convention or otherwise;

3. Authorize and request the relevant authority to issue or transfer all said Letters Patents to Assignee, as assignee of the entire right, title and interest therein or otherwise as Assignee may direct;

4. Warrant that I have not knowingly conveyed to others any right in said inventions, discoveries, applications or patents or any license to use the same or to make, use or sell anything embodying or utilizing any of said inventions or discoveries; and that we have good right to assign the same to Assignee without encumbrance;

5. Bind my heirs, legal representatives and assigns, as well as myself, to do, upon Assignee's request and at Assignee's expense, but without additional consideration to me or them, all acts reasonably serving to assure that said inventions and discoveries, said patent applications and said Letters Patent shall be held and enjoyed by Assignee as fully and entirely as the same could have been held and enjoyed by me, my heirs, legal representatives and assigns if this assignment had not been made; and particularly to execute and deliver to

Confidential

KALL0001478

07067-G0000 AIC
Page 2

Assignee all lawful application documents, including petitions, specifications, and oaths, and all assignments, disclaimers, and lawful affidavits in form and substance as may be requested by Assignee; to communicate to Assignee all facts known to us relating to said inventions and discoveries or the history thereof; and to furnish Assignee with any and all documents, photographs, models, samples and other physical exhibits in my control or in the control of our heirs, legal representatives or assigns, which may be useful for establishing the facts of my conceptions, disclosures, and reduction to practice of said inventions and discoveries.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed my seal.

_10/27/2016_
Date

**Thomas C. Kallish**
29 Sunset Drive
Bedford Hills, NY 10507

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Notary Statement

State of ___New York___ ss:
County of ___Westchester___

On ___27th___, 20 16, before me ___Thomas Kallish___, Notary Public, personally appeared **Thomas C. Kallish** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ___New York___ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

(Seal)

DAVID C SLOAN
Notary Public - State of New York
NO. 01SL6318303
Qualified in Putnam County
My Commission Expires Jan 26, 2019

Confidential

KALL0001479

07067-G0000 AIC
Page 3

# Exhibit A

| Title | Appl. No. | Date Filed | Priority App # | Country | Reference |
|---|---|---|---|---|---|
| Biodegradable Absorbent Articles | 62/195,498 | 07/22/2015 | 62/195,498 | US | 07067-P0001A |
| Biodegradable Absorbent Articles | PCT/US2016/043368 | 07/21/2016 | 62/195,498 | WIPO | 07067-P0001AWO |
| Biodegradable Absorbent Articles | 15/211,819 | 07/15/2016 | 62/195,498 | US | 07067-P0001B |
| Biodegradable Absorbent Articles | | | 62/195,498 | WIPO | 07067-P0001BWO |
| Biodegradable Absorbent Articles | 62/295,678 | 02/16/2016 | 62/295,678 | US | 07067-P0002A |

Confidential