UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Richards,

                                    Plaintiff,

                                                                    **JUDGMENT**

        v.

                                                                    7:22-CV-09095 (CS)

Kallish et al,

                                    Defendants.
--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, the jury has returned a verdict that Defendants have not breached a fiduciary duty to Plaintiff, and all other claims having been dismissed, judgment is entered for Defendants, and the case is closed.

**DATED:** White Plains, New York
            July 2, 2026

                                                            Tammi Hellwig
                                                            _____
                                                            **Clerk of Court**

**So Ordered:**

*Cathy Seibel*
_____                    BY:  _____
        **U.S.D.J.**                                      **Deputy Clerk**